Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DR. A. CEMAL EKIN, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON SERVICES LLC, a Nevada limited liability company,<br><br>Defendant. | NO. 2:14-cv-00244-JCC<br><br>PLAINTIFF EKIN'S REQUEST FOR LOCAL RULE 7(i) TELEPHONIC MOTION |

On July 24, Amazon filed three separate dispositive motions: (1) Amazon's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) at Dkt. No. 27 (21 pages), (2) Amazon's Motion to Compel Arbitration at Dkt. No. 24 (18 pages), and (3) Amazon's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) at Dkt. No. 23 (13 pages). Pursuant to Local Rule 7(e)(3), "[a]bsent leave of court, parties must not file contemporaneous dispositive motions, each one directed toward a discrete issue or claim." Plaintiff's counsel requested that Amazon voluntarily strike two of the motions. *See **Exhibit A***, attached hereto.  Amazon's counsel, in a voicemail, indicated that they view the rule differently and suggested that the parties have a telephonic

PLAINTIFF EKIN'S REQUEST FOR
LOCAL RULE 7(i) TELEPHONIC MOTION – 1
[Case No. 2:14-cv-00244-JCC]

Sirianni Youtz
Spoonemore Hamburger
999 Third Avenue, Suite 3650
Seattle, Washington  98104
Tel. (206) 223-0303   Fax (206) 223-0246

conference with the court.  Accordingly, plaintiff's counsel respectfully requests a telephonic motion pursuant to LR 7(i).

DATED:  July 29, 2014.

        SIRIANNI YOUTZ
        SPOONEMORE HAMBURGER

        By   */s/ Richard E. Spoonemore*
           Richard E. Spoonemore (WSBA #21833)
        Co-counsel for Plaintiff Ekin

        —and—

        DAVID M. SIMMONDS

        By   */s/ David M. Simmonds*
           David M. Simmonds (WSBA #6994)
        Co-counsel for Plaintiff Ekin

PLAINTIFF EKIN'S REQUEST FOR
LOCAL RULE 7(i) TELEPHONIC MOTION – 2
[Case No. 2:14-cv-00244-JCC]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303   FAX (206) 223-0246

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Rebecca J. Francis
  RebeccaFrancis@dwt.com, seadocket@dwt.com, jeannecadley@dwt.com

- James C. Grant
  jamesgrant@dwt.com, SEADocket@dwt.com, keithmorton@dwt.com, anitamiller@dwt.com

- Eleanor Hamburger
  ehamburger@sylaw.com, matt@sylaw.com, theresa@sylaw.com

- David M. Simmonds
  davemsimmonds@gmail.com

- Charles Donnellan Sirianni
  csirianni@sylaw.com, matt@sylaw.com, theresa@sylaw.com

- Stephen John Sirianni
  ssirianni@sylaw.com, matt@sylaw.com, theresa@sylaw.com

- Richard E Spoonemore
  rspoonemore@sylaw.com, matt@sylaw.com, rspoonemore@hotmail.com, theresa@sylaw.com

- Chris Robert Youtz
  chris@sylaw.com, matt@sylaw.com, terri@sylaw.com, theresa@sylaw.com

DATED July 29, 2014, at Seattle, Washington.

By   /s/ Richard E. Spoonemore
Richard E. Spoonemore (WSBA #21833)

PLAINTIFF EKIN'S REQUEST FOR
LOCAL RULE 7(i) TELEPHONIC MOTION – 3
[Case No. 2:14-cv-00244-JCC]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246