The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DR. A. CEMAL EKIN, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON SERVICES LLC, a Nevada limited liability company,<br><br>Defendant. | No. C14-0244-JCC<br><br>STIPULATION AND [PROPOSED] ORDER RE-NOTING AND SETTING A BRIEFING SCHEDULE ON DEFENDANT'S MOTIONS TO COMPEL ARBITRATION AND TO DISMISS UNDER RULE 12(b)(1)<br><br>*Noted for Consideration:*<br>**August 28, 2014** |

## STIPULATION

The parties, by and through their counsel, stipulate and agree as follows:

1. On August 18, 2014, the Court renoted Amazon's motion to compel arbitration [Dkt. 24] and motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1) [Dkt. 23], for September 12, 2014. [Dkt. 34].

2. To accommodate the parties' travel and other case schedules, the parties have conferred and agreed to request that the Court enter an order as follows:

   a. Amazon's motion to compel arbitration [Dkt. 24] and motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1) [Dkt. 23], will be noted for consideration on Friday, September 26, 2014.

STIPULATION AND ORDER RE-NOTING
MOTIONS AND SETTING BRIEFING SCHEDULE
(C14-0244-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

    b. Plaintiffs' responses to these motions will be due Tuesday, September 16, 2014.

    c. Amazon's replies in support of these motions will be due Friday, September 26, 2014.

IT IS SO STIPULATED.

DATED this 28th day of August, 2014.

            DAVIS WRIGHT TREMAINE LLP
            *Attorneys for Amazon Services LLC*

            By *s/ Rebecca Francis*
              James C. Grant, WSBA #14358
              Ambika K. Doran, WSBA #38237
              Rebecca Francis, WSBA #41196
              1201 Third Avenue, Suite 2200
              Seattle, WA 98101-3045
              Telephone: (206) 622-3150
              Facsimile: (206) 757-7700
              E-mail: jamesgrant@dwt.com
              E-mail: ambikadoran@dwt.com
              E-mail: rebeccafrancis@dwt.com

            SIRIANNI YOUTZ
            SPOONEMORE HAMBURGER
            *Co-counsel for Plaintiff Ekin*

            By *s/ Richard E. Spoonemore*
              Stephen J. Sirianni, WSBA #6957
              Chris R. Youtz, WSBA #7786
              Richard E. Spoonemore, WSBA #21833
              Eleanor Hamburger, WSBA #26478
              Charles D. Sirianni, WSBA #40421)
              999 Third Avenue, Suite 3650
              Seattle, Washington 98104
              Telephone: (206) 223-0303
              Facsimile: (206) 223-0246
              E-mail: ssirianni@sylaw.com
              E-mail: chris@sylaw.com
              E-mail: rspoonemore@sylaw.com
              E-mail: ehamburger@sylaw.com
              E-mail: csirianni@sylaw.com

//
//

STIPULATION AND ORDER RE-NOTING
MOTIONS AND SETTING BRIEFING SCHEDULE
(C14-0244-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DAVID M. SIMMONDS
*Co-counsel for Plaintiff Ekin*

By *s/ David M. Simmons*
David M. Simmons, WSBA #6994
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Telephone:  (206) 487-6477
Facsimile:  (206) 467-6292
E-mail:  davesimmonds@gmail.com

## ORDER

IT IS SO ORDERED.  The parties shall adhere to the briefing schedule set forth above.

DATED this _____ day of August, 2014.

_____
John C. Coughenour
United States District Judge

Presented by:

Davis Wright Tremaine LLP
*Attorneys for Amazon Services LLC*

By *s/ Rebecca J. Francis*
James C. Grant, WSBA #14358
Ambika K. Doran, WSBA 38237
Rebecca J. Francis, WSBA #41196
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone:  206-622-3150
Fax:  206-757-7700
E-mail:  jamesgrant@dwt.com
E-mail:  ambikadoran@dwt.com
E-mail:  rebeccafrancis@dwt.com

STIPULATION AND ORDER RE-NOTING
MOTIONS AND SETTING BRIEFING SCHEDULE
(C14-0244-JCC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 28th day of August, 2014.

Davis Wright Tremaine LLP
*Attorneys for Amazon Services LLC*

By *s/ Rebecca Francis*
Rebecca Francis, WSBA #41196
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Telephone:  (206) 757-8136
Fax:  (206) 757-7700
E-mail:  rebeccafrancis@dwt.com

STIPULATION AND ORDER RE-NOTING
MOTIONS AND SETTING BRIEFING SCHEDULE
(C14-0244-JCC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax