THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DR. A CEMAL EKIN, | CASE NO. C14-0244-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMAZON SERVICES LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated request for the Court to re-note Defendants' pending motion to compel arbitration and motion to dismiss for lack of jurisdiction is GRANTED. (Dkt. No. 35.) The Clerk is respectfully directed to re-note Defendants' pending motions (Dkt. Nos. 23, 24) for the Court's consideration on **September 26, 2014**. Plaintiff's responses to these motions shall be filed no later than September 16, 2014, and Amazon's replies shall be filed no later than September 26, 2014.

//

//

//

MINUTE ORDER, C14-0244-JCC
PAGE - 1

1   DATED this 28th day of August 2014.

William M. McCool
Clerk of Court

s/Tasha MacAdam
Deputy Clerk