Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DR. A. CEMAL EKIN, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON SERVICES LLC, a Nevada limited liability company,<br><br>Defendant. | NO. 2:14-cv-00244-JCC<br><br>DECLARATION OF RICHARD E. SPOONEMORE RE: RESPONSE TO (1) MOTION TO DISMISS UNDER FRCP 12(B)(1) AND (2) MOTION TO COMPEL ARBITRATION<br><br>**Note on Motion Calendar:**<br>September 26, 2014 |

I, Richard E. Spoonemore, declare under penalty of perjury and in accordance with the laws of the United States that:

1. I am a partner at Sirianni Youtz Spoonemore Hamburger and am one of the attorneys for plaintiff in this action.

2. Attached are true and correct copies of the following documents, with underlining where appropriate for the Court's convenience:

| Exhibit | Description | Date |
|---|---|---|
| *A* | A copy of Amazon's "Fulfillment by Amazon Revenue Calculator" from Amazon's "Seller Central." | 9/16/2014 |

DECLARATION OF RICHARD E. SPOONEMORE – 1
[Case No. 2:14-cv-00244-JCC]

Sirianni Youtz
Spoonemore Hamburger
999 Third Avenue, Suite 3650
Seattle, Washington  98104
Tel. (206) 223-0303   Fax (206) 223-0246

| Exhibit | Description | Date |
|---------|-------------|------|
| B | A page from Amazon's website offering Callaway Golf Balls for sale. | 10/10/2013 |
| C | A reprint from http://www.sellyourbooksonline.com/selling-more-books/what-is-amazon-fba-is-it-the-right-for-my-business/ (last visited on 9/16/2014) | 1/30/2011 |
| D | Amazon's Conditions of Use as of October 10, 2007 (from internet archives). | 10/10/2007 |
| E | Amazon's Conditions of Use as of October 24, 2007 (from internet archives). | 10/24/2007 |
| F | Amazon's Conditions of Use as of August 6, 2011 (from internet archives). | 8/6/2011 |
| G | Pages from the American Arbitration Associations webpage, www.adr.org (last visited 9/16/2014) | 9/16/2014 |
| H | The Consumer Arbitration Rules from the AAA | 9/1/2014 |
| I | The Consumer-Related Disputes Supplemental Procedures from the AAA | 9/15/2005 |
| J | A document provided to plaintiffs by Amazon's counsel concerning Ms. Burke's account history. | -- |

I declare under penalty of perjury of the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED: September 16, 2014, at Seattle, Washington.

/s/ Richard E. Spoonemore
Richard E. Spoonemore

DECLARATION OF RICHARD E. SPOONEMORE – 2
[Case No. 2:14-cv-00244-JCC]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Jason T. Dennett:** jdennett@tousley.com, nmorin@tousley.com

- **Ambika K. Doran:** ambikadoran@dwt.com, lesleysmith@dwt.com, SEAdocket@dwt.com

- **Rebecca J. Francis:** RebeccaFrancis@dwt.com, seadocket@dwt.com, jeannecadley@dwt.com

- **James C. Grant:** jamesgrant@dwt.com, SEADocket@dwt.com, keithmorton@dwt.com, anitamiller@dwt.com

- **Joseph P. Guglielmo:** jguglielmo@scott-scott.com, efile@scott-scott.com

- **Geoffrey M. Johnson:** gjohnson@scott-scott.com, efile@scott-scott.com

- **Kim D. Stephens:** kstephens@tousley.com, mandrzejewski@tousley.com, efile@tousley.com, cbonifaci@tousley.com

- **Stephen J. Teti:** steti@scott-scott.com, tpacht@scott-scott.com

DATED September 16, 2014, at Seattle, Washington.

By  /s/ Richard E. Spoonemore
Richard E. Spoonemore (WSBA #21833)

DECLARATION OF RICHARD E. SPOONEMORE – 3
[Case No. 2:14-cv-00244-JCC]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
999 THIRD AVENUE, SUITE 3650
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246